**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6092

TRACEY TERRELL GRADY,

Plaintiff - Appellant,

v.

CAPTAIN WILLIAMS; SERGEANT WESTERN; OFFICER NEAL; OFFICER PERRY,

Defendants - Appellees,

and

OFFICER HENDERSON; SERGEANT GARDNER; SERGEANT PEARSON; OFFICER COOPER,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:16-ct-03027-D)

Submitted: April 19, 2018                    Decided: April 24, 2018

Before GREGORY, Chief Judge, and THACKER and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tracey Terrell Grady, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracey Terrell Grady appeals the district court's order granting Defendants summary judgment in Grady's 42 U.S.C. § 1983 (2012) action and dismissing the action due to Grady's failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Although Grady argues that prison officials thwarted his efforts to pursue an institutional grievance pertaining to the challenged incident, the district court properly rejected that contention as inconsistent with both the record and Grady's earlier version of the facts. *See Ross v. Blake*, __ U.S. __, 136 S. Ct. 1850, 1858-60 (2016) (clarifying when administrative remedies are deemed unavailable). Accordingly, we affirm for the reasons stated by the district court. *See Grady v. Williams*, No. 5:16-ct-03027-D (E.D.N.C. Jan. 22, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*